**Sealed**
Public and unofficial staff access to this instrument are prohibited by court order

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | CRIMINAL NO. **4:25-cr-00333** |
| § | |
| LEOPOLDO PERRAULT BENITEZ, § | |
| ANTHONY BENITEZ, § | |
| ISAAC ALBERTO SIERRA, § | |
| JOSE ANGEL MUNIZ, JR., § | |
| **Defendants.** | |

## ORDER

On this day came on for consideration the Government's Motion to Seal Indictment, Arrest Warrant, the Motion to Seal and accompanying Order as to the Defendants, and the Court is of the opinion that said Motion should be, and the same is hereby, GRANTED.

IT IS THEREFORE, ORDERED that the Indictment, Arrest Warrant, the Government's Motion to Seal Indictment as to the Defendants, and the Order Sealing Indictment all be sealed together;

IT IS FURTHER ORDERED that the Indictment, Arrest Warrant, this Motion and Order will automatically be unsealed upon arrest of the Defendants and remain unsealed without further order of this Court; and

IT IS FURTHER ORDERED that the United States District Clerk will provide copies, including certified copies, of the Indictment and the Arrest Warrant, to the United States Attorney's Office and the investigating law enforcement agency upon their individual or collective request and without further order for the Court.

Signed at Houston, Texas this the 24th day of June 2025.

_____
Hon. Peter Bray
United States Magistrate Judge