Sealed
Public and unofficial staff access to this instrument are prohibited by court order

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas
**ENTERED**
June 25, 2025
Nathan Ochsner, Clerk

| UNITED STATES OF AMERICA | § |
| --- | --- |
| v. | § CRIMINAL NO: **4:25-cr-00333-1** |
| LEOPOLDO PERRAULT BENITEZ | § |

## ORDER FOR ISSUANCE OF BENCH WARRANT

A  CRIMINAL INDICTMENT  has been returned against the defendant listed below.

It is ORDERED that a warrant be issued for the arrest of said defendant. Upon arrest and appearance, a judicial determination shall be made as to detention or release on conditions. The United States Government recommends to the Court the following:

<u>Defendant</u>

LEOPOLDO PERRAULT BENITEZ

☑ DETENTION
☐ RELEASED ON CONDITIONS
☐ APPEARANCE BOND IN THE AMOUNT OF: $

SIGNED at Houston, Texas, on  June 24, 2025 .

_____
UNITED STATES MAGISTRATE JUDGE