United States Courts
Southern District of Texas
FILED

*July 02, 2025*

Nathan Ochsner, Clerk of Court

RECEIVED
UNITED STATES MARSHAL
2025 JUN 25 AM 11: 52
SOUTHERN DIST. S/TX

AO 442 (Rev. 11/11) Arrest Warrant

**Sealed**
Public and unofficial staff access to this instrument are prohibited by court order

# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| versus | § § § |
| Jose Angel Muniz, Jr | § § § |

Criminal No. 4:25-cr-00333 *SEALED*-04

## ARREST WARRANT

To:   Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Jose Angel Muniz, Jr, who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation  ☐ Pretrial Release Violation  ☐ Supervised Release Violation  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Cts. 2, 4, 6, 8, 10, 12, 14: Accepting a Bribe [18 USC § 201(b)(2)(C)]

Date: June 25, 2025

City and state: Houston, TX

*Antonio B. Banda*
Issuing officer's signature

Antonio B. Banda, Deputy Clerk

---

**Return**

This warrant was received on *(date)* 6/30/2025, and the person was arrested on *(date)* 6/30/2025, at *(city and state)* Houston, TX.

Date: 6/30/2025

*M. Honz*
Arresting officer's signature

Senior Special Agent Michael Gonzalez
Printed name and title