IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| VS | § CASE NO.: 4:25CR0333-3 |
| | § |
| ISAAC ALBERTO SIERRA | § |

### ORDER

Pending before the Court is the Motion and Order for Admission *Pro Hac Vice* of Steven McGinley. (Doc. No. 49). This Court requires an attorney whose practice is within the Southern District of Texas to be a member of the bar of this Court. Mr. McGinley's practice is located in Houston, Texas, within the Southern District of Texas. Therefore, he must apply for admission to the bar of this Court. It is hereby

ORDERED that the Motion and Order for Admission *Pro Hac Vice* (Doc. No. 49) is DENIED without prejudice. Instructions for applying for admission to this Court may be found on the Southern District of Texas website, www.txs.uscourts.gov.

SIGNED this 24th day of July, 24, 2025

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE