Case 4:25-cr-00333   Document 57   Filed 10/31/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
October 31, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS | § | CRIMINAL ACTION NO. H-25-333-1 |
| | § | |
| LEOPOLDO PERRAULT BENITEZ | § | |

## ORDER

Pending before the Court is Defendant's Opposed Motion to Modify Bond Conditions (Doc. No. 56). For good cause shown, it is hereby

**ORDERED** that the Motion to Modify Bond Conditions (Doc. No. 56) **is GRANTED in PART**. Defendant's conditions of pre-trial supervision and bond are modified as follows:

It is **ORDERED** that te special condition on page 4, of the Order Setting Conditions of Release, signed and entered on July 3, 2024 (Doc. No. 25) and found in section "w," "Special Conditions," stating "cannot work in field associated with conduct in indictment; can delegate and have phone communications" is not to be interpreted as preventing Defendant access to his office for other non-associated work-related activities.

SIGNED this 31st day of October 2025.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE