# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

**UNITED STATES OF AMERICA,**
      **Plaintiff,**

**v.**                           **No. 4:25-cr-333**

**LEOPOLDO PERRAULT BENITEZ**
**ANTHONY BENITEZ**
**ISSAC SIERRA**
**JOSE ANGEL MUNIZ, JR.**
      **Defendants.**

## UNOPPOSED MOTION FOR CONTINUANCE

Comes now, Judith Shields, attorney for Anthony Benitez and moves this Court to continue the deadlines established in the Court's Scheduling Order (Doc. #55) for six months, and in support thereof would respectfully show the court the following: The current order has the following deadlines:

a.  December 18, 2025– Motions deadline

b.  January 9, 2026—Responses deadline

c.  January 21, 2026– Pretrial conference

d.  January 26, 2026– Jury selection and trial

2. Counsel will be in trial in the Honorable Judge Hanks court beginning January 12, 2026, for a trial that is expected to be at least two weeks long with the potential for lasting four weeks or more in 4:23-cr-105.

3. The Government's Motion to Designate the Case as Complex was granted on August 15, 2025.

4. Further, Counsel would request adequate time to review that discovery with her client so he can make an informed decision on how to proceed.

5. For these reasons, Judith Shields moves that all deadlines in the Order be extended by six months.

6. Counsel has received emails from Adrain Almaguer, counsel for Leopoldo Benitez; and Brian Hobson, counsel for Jose Muniz, both of whom are unopposed to this motion. Ralph Martinez, counsel for Issac Sierra has not responded as of the filing of this motion.

7. The law permits a continuance under these grounds under Title 18, United States Code, section 3161(h)(7)(A) and (B)(iv), as an "ends of justice" continuance, and all parties agree that this is a properly excludable delay.

Respectfully submitted,

/s/ Judith Shields

Judith Shields
SDTX No, 424027
SBOT 00793271
Attorney for Anthony Benitez

10655 Six Pines, Suite 230
The Woodlands, Texas 77380
Phone: 936-703-5002
Fax: 877-900-2822
JudithShieldsAttorney@gmail.com

## CERTIFICATE OF CONFERENCE

On December 16, 2025, I communicated via email with Assistant United States Attorney Richard Hanes about the contents of this motion. He does not oppose the granting of the motion.

*/s/ Judith Shields*
Judith Shields

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing motion was delivered to all counsel of record, on December 18, 2025, via ECF.

*/s/ Judith Shields*
Judith Shields