UNITED STATES OF AMERICA,
       **Plaintiff,**

**v.**                             **No. 4:25-cr-333**

**LEOPOLDO PERRAULT BENITEZ**
**ANTHONY BENITEZ**
**ISSAC SIERRA**
**JOSE ANGEL MUNIZ, JR.**
       **Defendants.**

## OPPOSED MOTION FOR CONTINUANCE

Comes now, Judith Shields, attorney for Anthony Benitez and moves this Court to continue the deadlines established in the Court's Scheduling Order (Doc. #59) for six months, and in support thereof would respectfully show the court the following: The current order has the following deadlines:

    a. June 12, 2026– Motions deadline

    b. June 26, 2026—Responses deadline

    c. July 13, 2026 – Pretrial conference

    d. July 20, 2026– Jury selection and trial

2. Counsel is scheduled for the retrial of 4:23-cr-105 Richards et. al a VICAR RICO case scheduled to begin before Judge Hanks on July 6, 2026, and will

have a duration of more than 2 weeks. Counsel will not have adequate time between the two cases to be prepared to go to trial on Mr. Benitez case immediately after finishing the other trial.

3. Further, Counsel would request adequate time to review that discovery with her client so he can make an informed decision on how to proceed.

4. For these reasons, Judith Shields moves that all deadlines in the Order be extended by six months as this case has been designated as complex (Doc. #54)

5. Counsel has received emails from Adrain Almaguer, counsel for Leopoldo Benitez who joins the motion, and Brian Hobson, counsel for Jose Muniz, who is unopposed to this motion. Steven McGinley, counsel for Issac Sierra is opposed to this motion.

6. The law permits a continuance under these grounds under Title 18, United States Code, section 3161(h)(7)(A) and (B)(iv), as an "ends of justice" continuance, and all parties agree that this is a properly excludable delay.

Respectfully submitted,

/s/ Judith Shields

Judith Shields
SDTX No, 424027
SBOT 00793271
Attorney for Anthony Benitez
10655 Six Pines, Suite 230
The Woodlands, Texas 77380

Phone: 936-703-5002
Fax: 877-900-2822
JudithShieldsAttorney@gmail.com

## CERTIFICATE OF CONFERENCE

On June 3, 2026, I communicated via email with Assistant United States Attorney Richard Hanes about the contents of this motion. He does not oppose the granting of the motion.

/s/ Judith Shields
Judith Shields

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing motion was delivered to all counsel of record, on June 5, 2026, via ECF.

/s/ Judith Shields
Judith Shields