**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **vs.** | § | **CAUSE NO. 4:25-cr-00333-3** |
| | § | |
| **ISAAC ALBERTO SIERRA** | § | |

**MOTION TO WITHDRAW AS COUNSEL**

**TO THE HONORABLE JUDGE OF SAID COURT:**

Now comes RALPH R. MARTINEZ, Movant, and brings this Motion to Withdraw as Counsel and in support thereof shows:

1.    Movant is the lead attorney of record for ISAAC ALBERTO SIERRA and was employed to represent Defendant in the cause.

2.    The undersigned counsel respectfully requests to withdraw as attorney of record for Defendant, ISAAC ALBERTO SIERRA due to Defendant's lack of cooperation and communication with undersigned counsel.

3.    Undersigned counsel is unable to prepare the case and provide effective representation for Defendant.    Furthermore, undersigned counsel believes Defendant has been deported to Mexico and is unable to return to the United States of America.

4.    The pending settings and deadlines in this case are as follows:

a.   Pretrial Conference is set for July 13, 2026, at 8:30 AM; and

b.   Jury Trial is set for July 20, 2026, at 9:00 AM.

1

**PRAYER**

**WHEREFORE, PREMISES CONSIDERED,** Movant prays that the Court will grant this motion to withdraw as counsel for ISAAC ALBERTO SIERRA and from any further representation of ISAAC ALBERTO SIERRA in this cause.

Respectfully submitted,

MARTINEZ & MARTINEZ
ATTORNEYS AT LAW, PLLC
440 Louisiana Street, Suite 730
Houston, Texas 77002
Tel: (713) 645-7894
Fax: (713) 645-3993

**By: /s/ RALPH R. MARTINEZ**
        RALPH R. MARTINEZ
        State Bar No. 13143600
        Attorney at Law

## **CERTIFICATE OF CONFERENCE**

I, RALPH R. MARTINEZ, certify that I or a member of my office conferred with the following attorneys with reference to the disposition of this *Motion* and they responded as either unopposed or no objection:

RICHARD D. HANES
United States Attorney's Office
Southern District of Texas
1000 Louisiana Street, Suite 2300
Houston, TX 77002
713-817-4642
richard.hanes@usdoj.gov

Steven Francis McGinley          representing          Isaac Alberto Sierra
McGinley Law Group
515 N. Post Oak Lane
Houston, TX 77024
713-205-1802
steven@mcginleylawgroup.com

Adrian Almaguer
Attorney at Law
P.O. Box 262406
Houston, TX 77207          representing          Leopoldo Perrault Benitez (1)
713-861-1392          *(Defendant)*
713-861-1394 (fax)
adrianalmaguer@prodigy.net

John Joseph Tripodi
The Tripodi Law Firm, P.C.
440 Louisiana St.
Suite 900
Houston, TX 77002          representing          Leopoldo Perrault Benitez (1)
713-474-7702          (Defendant)
281-516-5529 (fax)
john@tripodilawfirm.com

3

Judith Irene Shields
Law Office of Judith Shields
10655 Six Pines Dr.
Ste. 230
The Woodlands, TX 77380          representing          Anthony Benitez (2)
936-703-5002                                                            *(Defendant)*
judithshieldsattorney@gmail.com


Brian Thomas Hobson
Odom, Davis & Hobson
440 Louisiana Street
Suite 200
Houston, TX 77002                representing          Jose Angel Muniz, Jr. (4)
713-223-5575                                                           (Defendant)
713-224-2815 (fax)
brian@wendellodom.com


Wendell A Odom, Jr
Attorney at Law
440 Louisiana St
Ste 200
Houston, TX 77002                representing          Jose Angel Muniz, Jr. (4)
713-223-5575                                                           (Defendant)
713-224-2815 (fax)
wendellodom@aol.com

## **CERTIFICATE OF SERVICE**

I, Ralph R. Martinez, hereby certify that a true and correct copy of the foregoing

*Motion to Withdraw as Counsel* was served upon all counsel of record via the CM/ECF system,

on this the 11th day of June 2026.


By:**/s/ RALPH R. MARTINEZ**
RALPH R. MARTINEZ
Attorney at Law
State Bar No. 13143600

5